**Order entered May 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00242-CR

**WILLIAM WAYNE LAUBE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-81056-2012**

## ORDER

We **GRANT** court reporter Tonya Lebo's May 7, 2013 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order. The Court will not grant any further extensions.

/s/     LANA MYERS
          JUSTICE